```
 1  Rami Kayyali (201579)
    12400 Wilshire Bl., Suite 400
 2  Los Angeles, CA 90025
    TEL: 310-490-4515
 3  FAX: 310-820-1740
    E-Mail: ramilaw@sbcglobal.net
 4
 5  Attorneys for Plaintiff:
    Samuel Armstrong
 6
 7
 8                UNITED STATES DISTRICT COURT
 9                CENTRAL DISTRICT OF CALIFORNIA
10
11
    SAMUEL ARMSTRONG,             ) CASE NUMBER:
12  INDIVIDUALLY AND ON BEHALF    )
    OF ALL OTHERS SIMILARLY       )
13  SITUATED,                     ) COMPLAINT FOR VIOLATION
                                  ) OF CIVIL RIGHTS PURSUANT
14          Plaintiff,            ) TO THE FOURTEENTH
    v.                            ) AMENDMENT TO THE UNITED
15                                ) STATES CONSTITUTION
    GOVERNOR GAVIN NEWSOM, and    ) PROHIBITING DETENTION
16  Does 1 through 50,            ) WITHOUT DUE PROCESS
    Inclusive,                    )
17                                )
            Defendants.           )
18  _____ )
19
```

**FACTUAL BACKGROUND**

1.  Plaintiff alleges that he was harmed and sustained damages as a result of the defendants' violation of his civil rights, enshrined in the *Fourteenth Amendment to the United States Constitution*, prohibiting detention without due process of law. In contravention of the U.S. Constitution, on March 19, 2020, Governor of the State of California, Gavin Newsom, summarily ordered plaintiff,

1

D:\Rami\Documents\WPDOC\Staff_Folders\LC2\California Stay at Home Order 14th Amendment Litigation\Complaint Civil Rights.frm

COMPLAINT

1  and all California residents, to be confined to their
2  respective residences, under penalty of being convicted
3  of a criminal misdemeanor, for which the punishment is a
4  $1000 fine and/or six months of imprisonment (Executive
5  Order N-33-20, attached hereto and incorporated herein by
6  reference).
7     Said residential confinement order is also
8  unconstitutional in that it is unconstitutionally vague,
9  as to it's scope and duration, and appears to permit
10 residents to be released from residential confinement
11 only for the purpose of obtaining food, medication and/or
12 healthcare without objectively specifying the extent a
13 resident may be released from residential confinement to
14 obtain "such necessities." The order merely states, "The
15 supply chain must continue, and Californians must have
16 access to such necessities as food, prescriptions and
17 healthcare."
18     Pursuant to said order, plaintiff and similarly
19 situated California residents have been unjustly confined
20 to their residences, under vague and murky guidelines,
21 and have sustained hardship as a result thereof.
22                    **JURISDICTION & VENUE**
23 2. This action arises under the *Fourteenth Amendment to*
24 *the United States Constitution*. This court has original
25 jurisdiction over such Federal claims pursuant to *28*
26 *U.S.C.* Sections 1331 and 1343 and 28 *U.S.C.* Section 1983.
27 The unlawful conduct alleged in this complaint occurred
28 in the Central District of California. Venue is conferred

2

D:\Rami\Documents\WPDOC\Staff_Folders\LC2\California Stay at Home Order 14th Amendment Litigation\Complaint Civil Rights.frm

COMPLAINT

by *28 U.S.C.* Section 1391(b).

**PARTIES**

3. Plaintiff is now, and at all relevant times herein mentioned in this complaint was, a citizen of the United States, and a resident of Los Angeles County, State of California.

4. Defendant Gavin Newsom is the Governor of the State of California, and proclaimed the offending order, acting in his official capacity.

5. Because plaintiff is ignorant of the true names and capacities of Does 1 through 50, he is suing these defendants by fictitious names. Plaintiff will seek leave to amend this complaint to allege their true names and capacities when they are ascertained. Plaintiff believes and alleges that the Doe defendants acted in concert with all of the named defendants. The Doe defendants are being sued in their official capacities.

6. Doe defendants, and each of them, acted as alleged in this complaint, under color, authority, and pretense of the laws, statutes, regulations, customs and usage of the State of California and under the authority of their official capacities.

7. Plaintiff is informed and believes, and on that basis alleges that each and every act alleged in this complaint was done by Doe defendants in the execution and implementation of the official policy of California. Plaintiff is informed and believes, and on that basis alleges, and at all relevant times mentioned in this

3

D:\Rami\Documents\WPDOC\Staff_Folders\LC2\California Stay at Home Order 14th Amendment Litigation\Complaint Civil Rights.frm

COMPLAINT

complaint, that each of the individual defendants was the agent or employee of the remaining defendants, and in doing the acts alleged, was acting within the scope of his or her agency or employment.

## CLASS ALLEGATIONS

8. The claims of plaintiff are typical of the claims of class members as a whole. The experience of the named plaintiff, as alleged herein, is typical of the experience of members of the plaintiff class.

9. Prosecuting separate actions by individual class members would create a risk of inconsistent or varying adjudications with respect to individual class members that would establish incompatible standards of conduct for the party opposing the class.

10. A class action is superior to other available methods for the fair and efficient adjudication of the controversy of the claims of the class plaintiffs because questions of law or fact common to class members predominate over any questions affecting only individual members, and a class action is superior to other available methods for fairly and efficiently adjudicating the controversy.

11. Plaintiff will fairly and adequately protect the interests of the Plaintiff Class because Plaintiff's counsel possesses the requisite resources and ability to prosecute this action and because the class representative's interests are consistent with the interests of the class.

D:\Rami\Documents\WPDOC\Staff_Folders\LC2\California Stay at Home Order 14th Amendment Litigation\Complaint Civil Rights.frm

COMPLAINT

# CAUSE OF ACTION FOR VIOLATION OF FOURTEENTH AMENDMENT TO THE UNITED STATES CONSTITUTION, PROHIBITING DETENTION WITHOUT DUE PROCESS

12. Plaintiff, individually, and on behalf of all affected class members, realleges and incorporates by reference paragraphs 1-11, above.

13. Section One of the *Fourteenth Amendment to the United States Constitution* states, in pertinent part as follows:

> "No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; **nor shall any State deprive any person of** life, **liberty**, or property, **without due process of law**."

By summarily confining plaintiff and class members to their respective residences, without due process of law, Governor Gavin Newsom and Doe defendants, have, as a matter of law, injured Plaintiffs, in violation of their rights, to be free of confinement, without legal due process, pursuant to Section One of the *Fourteenth Amendment to the United States Constitution*.

The order is also unconstitutionally vague, as to it's scope and duration, and appears to permit residents to be released from residential confinement only for the purpose of obtaining food, medication and/or healthcare without objectively specifying the extent a resident may be released from residential confinement to obtain "such necessities." The order merely states, "The supply chain must continue, and Californians must have access to such

5

D:\Rami\Documents\WPDOC\Staff_Folders\LC2\California Stay at Home Order 14th Amendment Litigation\Complaint Civil Rights.frm

COMPLAINT

1 necessities as food, prescriptions and healthcare."
2   The order sentencing plaintiffs to residential
3 confinement is open-ended and entirely subjective, and
4 based upon the subjective whims of defendants.

**PRAYER**

6   Wherefore, plaintiff and the Plaintiff Class pray for
7 the following relief against Defendants:
8 a. That the class described above, and/or any other
9 appropriate classes are certified in this action pursuant
10 to *Federal Rules of Civil Procedure*, Rule 23;
11 b. For an order declaring unlawful Defendants' pattern or
12 practices complained of herein;
13 c. For an order enjoining all unlawful practices
14 complained about herein;
15 d. For an order awarding damages, to plaintiff and
16 Plaintiff Class, for each day of unjust confinement
17 pursuant 28 U.S. Code § 2513 and/or California Penal Code
18 § 4909, according to proof;
19 e. For an order awarding statutory damages to plaintiff
20 and Plaintiff Class, including prejudgment interest,
21 according to proof,
22 f. For costs of suit, including reasonable attorneys
23 fees; and,
24 g. For such other and further relief as the Court may
25 deem just and proper.
26
27 Dated: April 22, 2020
28                              LAW OFFICES OF RAMI KAYYALI

6
D:\Rami\Documents\WPDOC\Staff_Folders\LC2\California Stay at Home Order 14th Amendment Litigation\Complaint Civil Rights.frm

COMPLAINT

```
                    /s Rami Kayyali
               By:_____
                    RAMI KAYYALI
                    Attorneys for Plaintiff
```

7

D:\Rami\Documents\WPDOC\Staff_Folders\LC2\California Stay at Home Order 14th Amendment Litigation\Complaint Civil Rights.frm

COMPLAINT